# Office of the Chapter 13 Standing Trustee

## *Andrew B. Finberg, Chapter 13 Standing Trustee*

*Joni L. Gray, Counsel*                                           *Lu'Shell K. Alexander\**
*Jennifer R. Gorchow, Staff Attorney*                    *Jennie P. Archer\**
*William H. Clunn, III, Staff Attorney*                  *Kelleen E. Stanley\**
                                                                               *Kimberly A. Talley\**
                                                      *\*Certified Bankruptcy Assistant*

October 12, 2023

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
          Debtor(s) Name:         Ziani J. Jones
          Case No:                  22-20097   ABA
          Hearing Date:            November 30, 2023 at 2:00 PM

Dear Judge Altenburg:

      Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on October 11, 2023 for the above-captioned matter.

      Please be advised Debtor(s)' case was dismissed on October 10, 2023 prior to Confirmation and all of the requested charges fall under the "flat fee." Pursuant to the Attorney Disclosure of Compensation and Chapter 13 Plan, counsel was paid $4,750.00 in full outside of the plan.

      As always, the Court is welcome to contact the Trustee with any concerns.

                                Respectfully submitted,

                                *OFFICE OF THE CHAPTER 13*
                                *STANDING TRUSTEE*

                                */s/ Andrew B. Finberg*

                                **Andrew B. Finberg,**
                                Chapter 13 Standing Trustee

ABF:lka

c:     Monika Mazurczyk, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
       Ziani J. Jones   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center                                          **Payments Only:**
535 Route 38
Suite 580                                                                     **P.O. Box 1978**
Cherry Hill, NJ 08002                                        **Memphis, TN 38101-1978**
(856) 663-5002